UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                                  Case No. 13-CR-0133

LEE A. FRANCK,

        Defendant.

## ORDER GRANTING MOTION FOR EARLY TERMINATION OF PROBATION

      Defendant Lee Franck was convicted of Possession of a Firearm by a Prohibited Person and sentenced to 4 years of probation. He has complied with the conditions of probation and now requests that the probation be terminated early. It appears Franck has completed just under half of his original 4 year term and is authorized for early termination under 18 U.S.C. § 3564(c). Though not currently employed, he lives with and provides care for his 90-year-old mother. He has satisfied all financial obligations and the Government does not object to the request for early termination.

      Based upon the foregoing, the Court finds that probation is no longer necessary and the defendant's motion is granted. Probation is hereby terminated.

      SO ORDERED this  16th  day of May, 2016.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach, Chief Judge
                                                  United States District Court